

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 1546

| UNITED STATES OF AMERICA, | ) | Magistrate Case No._____ YN H |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| v. | ) | |
| | ) | Title 8, U.S.C., Section |
| **Roberto LOPEZ** | ) | 1324(a)(2)(B)(iii)- |
| | ) | Bringing in Illegal Alien(s) |
| Defendant. | ) | Without Presentation |
| | ) | |
| | ) | |

The undersigned complainant being duly sworn states:

On or about **May 16, 2008**, within the Southern District of California, defendant **Roberto LOPEZ**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an aliens, namely, **Arturo OROZCO-Aviles, Flora ARREDONDO-Locatzin and Rosa Maria LOPEZ-Juarez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Claudia Rios, Customs and Border
Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this **19th** day of **May 2008**.

_____
United States Magistrate Judge

I, United States Customs and Border Protection (CBP) Enforcement Officer Sergio Guzman, declare under penalty of perjury the following to be true and correct:

The complainant states that Arturo OROZCO-Aviles, Flora ARREDONDO-Locatzin and Rosa Maria LOPEZ-Juarez are citizens of a country other than the United States; that said aliens have admitted they are deportable; that there testimony is material; that it is impracticable to secure there attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 16, 2008 at approximately 3:40 AM, defendant Roberto LOPEZ made application for admission driving a 1992 Mazda MPV van, from Mexico, through vehicle primary lane #3 at the Otay Mesa Port of Entry. Defendant presented himself for inspection before a Customs and Border Protection Officer (CBP). Defendant presented a State of California Driver License not lawfully issued to him in the name of another. Defendant made a false claim to United States citizenship. Defendant gave two negative Customs declarations and stated he was traveling to San Diego. CBP Officer elected to examine the vehicle and discovered several undocumented aliens concealed underneath a blanket in the cargo area of the van. CBP Officers secured the defendant and was escorted to secondary along with the vehicle for further examination.

In secondary, six male adults and two female adults were discovered concealed in the rear cargo area of the van. CBP officer removed the individuals from the concealment. Further investigation revealed all eight individuals are citizen and natives of Mexico with no entitlements to enter, pass through or remain in the United States. Arturo OROZCO-Aviles, Flora ARREDONDO-Locatzin and Rosa LOPEZ-Juarez are now identified as material witnesses. CBP Enforcement Officers were contacted at the San Ysidro Port of Entry, California.

A CBP Enforcement Officer admonished defendant of his Miranda rights as witnessed by another CBP Enforcement Officer. Defendant acknowledged his rights and elected to answer questions without consul present. CBP Enforcement Officers interviewed defendant and obtained the following declaration: Defendant stated the vehicle he was driving contained six or seven undocumented aliens concealed in the cargo area. Defendant stated he was going to receive a reduced smuggling fee of $1,200 USD to drive and smuggle the undocumented aliens into the United States.

The material witnesses were also interviewed and a separate videotaped statement was obtained with the following declaration: Material witnesses stated they are citizens of Mexico with no legal rights to enter the United States. Material witnesses stated they made arrangements to be smuggled into the United States and were going to pay between $3,500 and $4,000 USD once in the United States. Material witnesses stated they were going to be traveling to various locations in California to seek residence and employment.

**EXECUTED ON THIS 16th DAY OF May 2008 AT 4:00 PM.**

Sergio Guzman / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page, I find probable cause to believe that the defendant named therein committed the offense on May 16, 2008 in violation of Title 8, United States Code, Section 1324.

MAGISTRATE JUDGE

5/17/08 12:05 pm
DATE / TIME