AO 455 (Rev. 5/85) Waiver of Indictment

---

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

---

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| ROBERTO LOPEZ | CASE NUMBER: 08CR1765-WQH / 08MJ1546 |

I, ROBERTO LOPEZ, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 6/3/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Roberto Lopez*
Defendant

*[signature]*
Defense Counsel

Before *[signature]*
Judicial Officer

FILED
JUN - 3 2008
COURT
CALIFORNIA
DEPUTY